RECEIVED
JAN 1 9 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-07 |
| v. | INDICTMENT |
| JOSE DE JESUS MEDINA CERVANTES, | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least as early as September 2021, and continuing until October 26, 2021, in the Southern District of Iowa and elsewhere, the defendant, JOSE DE JESUS MEDINA CERVANTES, conspired, with persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing methamphetamine and 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 26, 2021, in the Southern District of Iowa, the defendant, JOSE DE JESUS MEDINA CERVANTES, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing methamphetamine and 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _Mallory_____
Mallory E. Weiser
Assistant United States Attorney