
FEB 1 5 2022



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-007 |
| v. | SUPERSEDING INDICTMENT |
| JOSE DE JESUS MEDINA CERVANTES, | T. 18 U.S.C. § 922(g)(1) <br> T. 18 U.S.C. § 924(a)(2) <br> T. 18 U.S.C. § 924(d) |
| Defendant. | T. 21 U.S.C. § 841(a)(1) <br> T. 21 U.S.C. § 841(b)(1)(A) <br> T. 21 U.S.C. § 841(b)(1)(B) <br> T. 21 U.S.C. § 846 <br> T. 21 U.S.C. § 853 <br> T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least as early as September 2021, and continuing until January 6, 2022, in the Southern District of Iowa and elsewhere, the defendant, JOSE DE JESUS MEDINA CERVANTES, conspired, with persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 26, 2021, in the Southern District of Iowa, the defendant, JOSE DE JESUS MEDINA CERVANTES, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about January 6, 2022, in the Southern District of Iowa, the defendant, JOSE DE JESUS MEDINA CERVANTES, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Felon in Possession of a Firearm)

On or about January 6, 2022, in the Southern District of Iowa, the defendant, JOSE DE JESUS MEDINA CERVANTES, in and affecting commerce, knowingly possessed a firearm, namely: a Smith & Wesson M&P, 9mm pistol, with serial number HWB9151. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction of the offense(s) set forth in Count(s) 1 and/or 2 of this Indictment, the defendant, JOSE DE JESUS MEDINA CERVANTES, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to, a Smith & Wesson M&P, 9mm pistol, with serial number HWB9151.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 4 of this Indictment, the defendant, JOSE DE JESUS MEDINA CERVANTES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense including, but not limited to, the firearms and ammunition identified in Count 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

                                          FOREPERSON

Richard D. Westphal
United States Attorney

By: /s/ Mallory Weiser
Mallory E. Weiser
Assistant United States Attorney

Alexa Perez
Special Assistant United States Attorney